Stephen W. GINGERY, Petitioner,

v.

DEPARTMENT OF The TREASURY, Respondent.

No. 2010–3123.

United States Court of Appeals, Federal Circuit.

April 12, 2011.

Rehearing and Rehearing En Banc Denied June 24, 2011.

Richard S.J. Hung, Morrison & Foerster, LLP, of San Francisco, CA, argued for petitioner. On the brief was Henry C. Su, Howrey LLP, of East Palo Alto, CA. Of counsel was Christopher F. Jeu.

Dawn E. Goodman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk Manhardt, Assistant Director.

RADER, Chief Judge, LINN and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.